DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEANNE SAINVIL,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** as trustee for **MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-OPT1,**

Appellee.

No. 4D19-715

[June 11, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Michael Mirman, Judge; L.T. Case No. 562018CA000611.

Jeanne Sainvil, Port St. Lucie, pro se.

Kimberly S. Mello and Linda M. Reck of Greenberg Traurig, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*[1]

LEVINE, C.J., DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1]  We are mindful of the issuance of Administrative Order SC20-23, Amendment 2 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended) and Executive Order 20-137 (extending, until 12:01 a.m. on July 1, 2020, Executive Order 20-94, which suspends and tolls any statute providing for a mortgage foreclosure cause of action under Florida law). We trust any motions directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.